## HOFFMAN v. N.C. DEPT. OF MOTOR VEHICLES

No. 615P86.

Case below: 82 N.C. App. 761.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 February 1987.

## IN RE BALLARD

No. 751P86.

Case below: 83 N.C. App. 540.

Petition by petitioner (Ard) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987. Motion by Guardian Ad Litem and Mecklenburg County to dismiss appeal for lack of substantial constitutional question allowed 3 February 1987.

## NEWBER v. CITY OF WILMINGTON

No. 711A86.

Case below: 83 N.C. App. 327.

Motion by defendant to dismiss appeal for failure to show a substantial constitutional question allowed 3 February 1987. Motion by plaintiff to hear constitutional questions denied 3 February 1987.

## STATE v. CALLAHAN

No. 743P86.

Case below: 83 N.C. App. 323.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987.

## STATE v. LOMBARDO

No. 732P86.

Case below: 83 N.C. App. 344.

Petition by defendant (Dependable Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987.